■ NICHOLAS A. CUTAIA, INC., Respondent, v BUYER'S BAZAAR, INC., et al., Appellants. (Appeal No. 2.) [638 NYS2d 368] —Order unanimously affirmed with costs. Same Memorandum as in *Nicholas A. Cutaia, Inc. v Buyer's Bazaar* (224 AD2d 952 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Kane, J.—Stay Application.) Present—Green, J. P., Fallon, Callahan, Doerr and Davis, JJ.